UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FRANKLIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DESERT HAVEN ENTERPRISES,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00849-ADA-CDB<br><br>**ORDER ON STIPULATION REMANDING REMOVED ACTION TO KERN COUNTY SUPERIOR COURT**<br><br>(Doc. 8) |

On July 12, 2023, the parties filed a Stipulation to Remand Removed Action. (Doc. 8). The Court, having reviewed that stipulation of the parties, and good cause appearing, HEREBY ORDERS:

1. Eastern District of California Case Number 1:23-cv-00849-CDB, entitled MARK FRANKLIN v. DESERT HAVEN ENTERPRISES, et al. is hereby remanded to the Superior Court of California, County of Kern.
2. All dates, hearings, conferences and filing requirements are VACATED.
3. Plaintiff's Motion to Remand (Doc. 3) is MOOT.
4. The Clerk of Court is DIRECTED to close the case.

IT IS SO ORDERED.

Dated: __**July 14, 2023**__　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE